Marcus Hook Borough School District, Appellant, *v.* Board for the Assessment and Revision of Taxes et al.

Argued January 6, 1948. Before MAXEY, C. J., DREW, LINN, STERN, STEARNE and JONES, JJ.

64

*Robert W. Beatty,* with him *William A. Burns,* for School District, appellant.

*J. H. Ward Hinkson* and *William R. Toal,* for American Viscose Corporation, appellee.

PER CURIAM, March 22, 1948:

It would serve no useful purpose to rehearse the facts and law of this case. Both are fully and accurately presented in the opinion of the learned court below. The final decree is affirmed on that opinion.

Decree affirmed.